JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JASON MILAM, aka THOMAS J. MILAM, <br><br> Petitioner, <br><br> v. <br><br> KELLY HARRINGTON, Warden, <br><br> Respondent. | Case No. CV 11-4745-JAK (OP) <br><br> J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 3, 2012

HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge