# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JASON MILAM,<br><br>Petitioner,<br><br>v.<br><br>KELLY HARRINGTON, Warden,<br><br>Respondent. | Case No. CV 11-4745 JAK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Respondent objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: February 26, 2018

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE