IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

THOMAS JASON MILAM,

Petitioner,

v.

KELLY HARRINGTON, Warden,

Respondent.

Case No. CV 11-4745 JAK (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Attorney General's dismissal motion is GRANTED. This case is DISMISSED with prejudice as untimely.

DATE: January 25, 2019

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE